March 27, 1973

No. 26,404 United States v. Robert K. Jarvis, PVT, U. S. Army (CM 425308).

On consideration of the Petition for Writ of Mandamus filed in the above-entitled action, and construed by the Court as a Motion for Appropriate Relief, it appearing that the parties are in agreement as to the essential facts material to the granted issues, it is, by the Court, this 27th day of March 1973,

ORDERED that said motion be, and the same hereby is, denied.

Opinion rendered on Petition for Grant of Review on May 4, 1973. 22 USCMA 260, 46 CMR 260.

---

February 28, 1973

No. 73-8 Adlai C. Bell, AN, U. S. Navy v. United States.

On consideration of the "Petition for Writ of Habeas Corpus or Writ of Mandamus or Other Appropriate Relief" filed in the above-entitled action, it appearing that finality has not attached to the decision of the Court of Military Review, it is, by the Court, this 28th day of February 1973,

ORDERED that said Petition be, and the same hereby is, dismissed.

---

February 21, 1973

No. 73-3 Leonard A. McMath, PVT, U. S. Army v. MG George S. Prugh, The Judge Advocate General of the Army; COL Henry R. Thomas, Senior Judge, Panel 3, U. S. Army Court of Military Review; COL John T. Jones and COL Laurence J. Beltman, Associate Judges, Panel 3, U. S. Army Court of Military Review.

On consideration of the "Petition for Writ of Mandamus and Other Appropriate Relief" filed in the above-entitled action, it appearing that the Court of Military Review has correctly returned the record of trial to the Judge Advocate General for submission to a different convening authority for appropriate action, it is, by the Court, this 21st day of February 1973,

ORDERED that said Petition be, and the same hereby is, dismissed.

February 23, 1973

No. 73-7 Robert L. Gandy, Jr., AB, U. S. Air Force v United States.

On consideration of the Petition for Writ of Mandamus filed in the above-entitled action, it appearing that the relief sought is not in aid of this Court's jurisdiction, it is, by the Court, this 23d day of February 1973,

ORDERED that said Petition be, and the same hereby is, dismissed.